AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| Jimmy Tucker | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    0:15-cv-04021-RMG |
| L.R. Thomas | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Jimmy Tucker, shall take nothing of the respondent, L. R. Thomas, as to the petition filed pursuant to 28 U.S.C. §2241.  This action is dismissed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable, Richard M. Gergel, United States District Judge, presiding, granting the respondent's motion to dismiss.

Date:   March 10, 2016                                                    *CLERK OF COURT*

                                                                                              s/B. Goodman

                                                                                *Signature of Clerk or Deputy Clerk*