AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jimmy Tucker )<br>*Petitioner* )<br>v. )<br>L.R. Thomas )<br>*Respondent* ) | Civil Action No.    0:15-cv-04021-RMG |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ the petitioner, Jimmy Tucker, shall take nothing of the respondent, L. R. Thomas, as to the petition filed pursuant to 28 U.S.C. §2241. This action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable, Richard M. Gergel, United States District Judge, presiding, granting the respondent's motion to dismiss.

Date:   March 11, 2016                              *CLERK OF COURT*

                                                                        s/B. Goodman
                                                            *Signature of Clerk or Deputy Clerk*